2 So.2d 324

### Daniel PINKERTON v. STATE.

**6 Div. 851.**

Supreme Court of Alabama.

May 15, 1941.

Morel Montgomery, of Birmingham, for petitioner.

Thos. S. Lawson, Atty. Gen., and Noble J. Russell, Asst. Atty. Gen., opposed.

LIVINGSTON, Justice.

Petition of Daniel Pinkerton for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Daniel Pinkerton v. State, 2 So.2d 323.

Writ denied.

GARDNER, C. J., and BOULDIN and FOSTER, JJ., concur.